UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN LAVELLE WALTON,

        Plaintiff,                  No. C 08-2428 PJH (PR)

    v.                             **ORDER OF TRANSFER**

A. ALLEN, in individual and official capacity,

        Defendant.

        This is a civil rights case brought pro se by a state prisoner who is housed at the California State Prison-Solano, which is in Vacaville, California. The acts complained of occurred at the Solano prison and the defendant is identified as an "officer supervisor at Solano State Prison in Vacaville California." Vacaville is in the venue of the United States District Court for the Eastern District of California. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

        This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, plaintiff may disregard the clerk's notice regarding the filing fee.

**IT IS SO ORDERED.**

Dated: May 21, 2008.

                                    PHYLLIS J. HAMILTON
                                    United States District Judge

G:\PRO-SE\PJH\CR.08\WALTON2428.TRN.wpd