IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN LAVELLE WALTON,

    Plaintiff,                    No. CIV S-08-1170 LKK KJM P

    vs.

A. ALLEN,

    Defendant.                  <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an application to proceed in forma pauperis pursuant to the court's order of June 5, 2008, but he has also filed his application, supported by the necessary trust account statement.

        IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (docket no. 9) is denied as moot.

DATED: July 18, 2008.

                                                    _____
                                                    U.S. MAGISTRATE JUDGE

2/mp

walt1170.3d+36