IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN LAVELLE WALTON, | ) | CIVIL NO. 08-1170 HWG-SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER DENYING PLAINTIFF'S |
| vs. | ) | MOTION TO STAY PROCEEDINGS |
| | ) | |
| A. ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER DENYING PLAINTIFF'S MOTION TO STAY PROCEEDINGS

On February 10, 2009, this court dismissed pro se Plaintiff Kevin LaVelle Walton's 42 U.S.C. § 1983 Complaint with leave to amend by March 9, 2009. Walton now submits a Motion for Stay of Proceedings. In light of the dismissal of Walton's Complaint, there are no proceedings on this matter before the court. The court accordingly construes this Motion as a request to extend the deadline to submit an amended Complaint.

Walton requests the extension of the deadline in order to exhaust his administrative appeals. This is not a valid reason to extend the deadline for his amended Complaint, however. Exhaustion of prison administrative procedures is to be completed prior to bringing a Complaint. 42 U.S.C. § 1997e(a). If Walton seeks to pursue his § 1983 Complaint after completing an administrative appeal, he must file a new Complaint. His Motion is therefore DENIED.

Walton is notified that dismissal of this action for failure to state a claim counts as a "strike" under the "3-strikes" provision of 28 U.S.C. § 1915(g). Pursuant to 28 U.S.C. § 1915(g), a prisoner may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 5, 2009.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

Walton v. Allen; Civil No. 08-00117 HWG-SOM; ORDER DENYING PLAINTIFF'S MOTION TO STAY PROCEEDINGS.